**Office 0242**

2:25-cv-270

| | |
|---|---|
| From: | Terryonto <terryonto141@gmail.com> |
| Sent: | Monday, April 21, 2025 9:46 AM |
| To: | Office 0242 |
| Subject: | [EXTERNAL] Legal |

Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.

Terryonto McGrier
P.O. Box 11792
Charleston, West Virginia 25339
Email: terryonto141@gmail.com

[Date] 4.22.2025



Clerk of Court
300 Virginia Street E
Charleston, West Virginia 25301

Subject: Civil Rights Complaint and Request for Investigation

Dear Clerk of Court,

I am writing to report allegations of discrimination, harassment, and misconduct by government officials and employees. As a victim of these actions, I request a thorough investigation and relief.

The incidents involve:
1. Senator Robert C. Byrd's racist remarks on national television
2. Unjust imprisonment and targeting of LGBT residents at Dismas Charities halfway house.
3. Misconduct by James Sands, ex-police officer and halfway house director.
Specifically, Mr. Sands:
1. Used Gestapo tactics and racism
2. Falsified incident reports
3. Targeted a transgender resident, with intimidation tactics and harassment.
I believe these actions violate my civil rights and federal laws. I request:
1. Investigation into these allegations to wit: Travis Wysocki conspired with James Sands to have McGrier returned to prison. Kylie McCarthy informed McGrier that she advised Director Sands that the fentanyl as described by resident monitor Travis Wysocki should be sent to an outside independent lab for analysis. However with ill intent Sands ignored this suggestion from Kylie McCarthy a staff member at Dismas Charties.
2. McGrier seeks relief from ongoing harassment and discrimination. McGrier seeks a million dollars in punitive damages thus the emotional and physical trauma McGrier had to withstand because of nefarious actions by those considered people of trust. McGrier also ask that Sands, Wysocki and Kylie McCarthy be relieved of their duty and that Dismas Charties of St. Albans be closed until further notice.
3. Accountability for those responsible.
I have attached supporting documents and evidence. Please address this matter urgently.

Thank you for your attention.

Sincerely,

Terryonto McGrier