IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

TERRYONTO MCGRIER,

        Plaintiff,

v.                                    CIVIL ACTION NO. 2:25-cv-00270

DISMAS CHARITIES, et al.,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On February May 30, 2025, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations [ECF No. 5] ("PF&R") and recommended that the court dismiss the Plaintiff's civil action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DISMISSES with prejudice** this matter from the docket.

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented party.

ENTER: June 17, 2025

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE